UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kelly MacNeal

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

New York City Commission on Human Rights,

Sapna Raj, Jacqueline Rios

**COMPLAINT**

Do you want a jury trial?
☑ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

I.  **BASIS FOR JURISDICTION**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

A.  **If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?
Discrimination based on race.   Violation of Americans with Disabilities Act.
Intentional misrepresentation of my civil rights "under color of law"
18 USC 242,  42 USC 2000a et seq,  42 USC 1981 et seq,
42 USC 12101 et seq,  NY CIV RTS 1 et seq,   NYCAC Title 8 et seq
                                                   Continued on attachment

B.  **If you checked Diversity of Citizenship**

   1.  **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
               (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __NY City Commission on Human Rights__, is incorporated under the laws of the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __New York__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Kelly | | MacNeal |
|---|---|---|
| First Name | Middle Initial | Last Name |

507 W 28th St, Apt 26D
Street Address

| New York | NY | 10001 |
|---|---|---|
| County, City | State | Zip Code |

| 212-581-3223 | Macnificent2016@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

NewYorkCity Commission on Human Rights
First Name / Last Name

Current Job Title (or other identifying information)

22 Reade St
Current Work Address (or other address where defendant may be served)

New York / NY / 10007
County, City / State / Zip Code

Defendant 2:

Sapna / Raj
First Name / Last Name

Deputy Commissioner, Law Enforcement Bureau
Current Job Title (or other identifying information)

22 Reade St
Current Work Address (or other address where defendant may be served)

New York / NY / 10007
County, City / State / Zip Code

Defendant 3:

Jacqueline / Rios
First Name / Last Name

Agency Attorney, Law Enforcement Bureau
Current Job Title (or other identifying information)

22 Reade St
Current Work Address (or other address where defendant may be served)

New York / NY / 10007
County, City / State / Zip Code

Defendant 4: _____
　　　　　　　First Name　　　　　　　Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City　　　　　State　　　　　Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: 507 W 28th St, NY NY 10001;22 Reade St, NY NY 10(

Date(s) of occurrence: April 12, 2022 thru present

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was being made very sick and caused extreme physical pain associated with my disabilities due to conditions in my apartment building. When my landlord refused to rectify the problems and continued violating my disability rights, while also abusing me as an affordable tenant in a mixed income building and retaliating against me for filing complaints, I sought help and legal protection from the NewYorkCity Commission on Human Rights (CCHR). During my phone intake appointment, agency attorney Jacqueline Rios, belittled my physical pain and disability needs and inexplicably compared my case to another case she thought was worse because it involved a black tenant being harassed by a racist neighbor. She made it clear that since they lost that case "for that poor black man" then my case was not worth prosecuting. Her comparison was completely nonsensical. After her incredibly disrespectful attitude toward my disability needs and refusal to offer protection, I then appealed for help on the basis that my landlord was being particularly abusive and negligent because I was an affordable/Section8 tenant, a protected class under New York City Civil Rights Code which protects voucher holders under the "source of income" classification. Ms. Rios then, under color of law, lied about my rights to ask for this protection. She claimed that protection of affordable tenants "was designed to protect minorities, because most affordable tenants are minorities". When I questioned her assertions, she insisted that since I was not identifying as a minority, the law did not apply to me or protect me. I demanded to get confirmation from her supervisor. I was then contacted by Sapna Raj the Deputy Commissioner of the Law Enforcement Bureau, the division of the CCHR in which Ms. Rios worked. Ms. Raj, also under color of law, misrepresented my rights and

backed up Ms. Rios assertions. CCHR then refused to file a case against my landlord or make any attempt to fine or penalize them for violations of my disability rights. They then offered suggestions to my landlord for "fixes" that in no way solved the problem. CCHR'S ineffectual suggestions actually emboldened my landlord. Each of the useless suggestion were later implemented with the neighbor above me. The failure of these efforts led to that tenant moving out of the building altogether in April 2023. Meanwhile, I have continued to suffer for an entire additional year. The crux of my claim against my landlord had to do with broken disability doors and toxic fumes entering my apartment. I have injuries to my back and a traumatic brain injury. I need the disability doors to work properly to accommodate my mobility devices. And I need to have my apartment free from fumes that trigger and/or intensify migraines that I have from my head injury. My lease guarantees a smoke free environment and my unit is specifically designated as a disability unit. Yet, my downstairs neighbor smokes, vapes and heats various cleaning fluids on the stove to cover the smell of the smoke. I purchased an air quality monitor to show the toxic chemicals like formaldehyde and TVOC's entering my apartment.These fumes enter my apartment ALL night, every night violating my rights.

Continued on attachment

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have been in agonizing pain from migraines almost every day over the past year. I had two life-threatening seizure-like attacks reacting to the toxic fumes entering my apartment unabated. Blood tests done after the most recent attack now shows blood markers for cancer or an autoimmune disease.There are also markers that predict heart attack. All of this confirms my desperate assertions that these fumes are making me very sick... giving me chest pains, headaches, vertigo and difficulty breathing. I am having MRI and ultrasound tests to further pinpoint what is happening to me.The ongoing fumes have destroyed my quality of life and health, and made dealing with the injuries that disabled me in the first place that much more challenging, often bedridden.

Continued on attachment

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I am seeking punitive damages. And I am also seeking pain and suffering, not only for the horrible physical pain I have suffered through but also the emotional distress caused by the callous racism that prevented this City agency from appropriately offering me protection under the law. And I seek compensatory damages for the past year of my life which has been effectively stolen from me by debilitating pain. And if my diagnosis turns out to be cancer or fatal, I seek compensation for the loss of the rest of my life. Because, had CCHR done their job, I would not have continued being exposed to these chemicals and I would not have gotten as sick as I am now. I would also ask the court to order further training of CCHR on the scope and nature of racism and ADA law.

Continued on attachment

Continuation of Federal Questions:

Conspiracy to tamper with a witness , false imprisonment, kidnapping, retaliation and malicious prosecution.

Continuation of Facts:

The CCHR showed no concern for how sick the situation was making me or even how much physical pain it was causing me.  They allowed the statute of limitations to expire on a particularly cruel incident that seemed to have sparked an acceleration of abuse from my landlord.  I brought to CCHR's attention that they had once before, dropped a case I brought to them.  It was also tainted by their racial prejudice.  I, a Caucasian appearing, and Caucasian identifying, woman was beaten by two black female police officers.  The letter of dismissal from CCHR, that time, stated that it was "not in the public interest" to pursue.   I forwarded the pictures of my body covered in bruises to refresh their memory and told them if they once again exhibited a pattern of denying me protection bases on my race, I would be filing this lawsuit.  A week later, it was clear nothing was going to be done to help me.  I fired off an angry, hyperbolic and sarcastic email which CCHR used as a basis to falsely report me as a suicide threat.  I was S.W.A.T.ed by a dozen or so fully armored police officers.  I humiliated in front of a slew of neighbors, forcibly handcuffed and transported by ambulance to the hospital for a psychological evaluation.  And though I was clearly not suicidal, and found medically so, I was still held overnight, against my will, without being formally "admitted" to the hospital.  I was terrified and shaken to my core.  My emotional distress was heightened by the knowledge that CCHR, as a government agency, was exhibiting its power to deprive me of my freedom, slander my reputation and make false charges against me.  I did not name the police or hospital here because they were acting on information given by CCHR.  CCHR are fully responsible for what transpired and the viciousness with which it was done served as retaliation and clearly meant to intimidate me as a witness against them.  It also served as a clumsy defense against my charges by attempting to damage my credibility.


Continuation of Injuries:

And in addition to the continued aggravation of my disabilities and new health problems, I am also suffering lasting emotional trauma from the false imprisonment and forced psychological examination.


Continuation of Relief:

I also seek separate punitive and compensatory damages, as well as pain and suffering for CCHR conspiring to have me kidnapped, falsely imprisoned and intimidated as a witness, as well as causing mental trauma and damage to my reputation.  Damages  sought exceed $75,000.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 07/05/23 | | *[signature]* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Kelly | | MacNeal |
| First Name | Middle Initial | Last Name |
| 507 W 28th St, Apt 26D | | |
| Street Address | | |
| New York | NY | 10001 |
| County, City | State | Zip Code |
| 212-581-3223 | | Macnificent2016@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

---

MacNeal, Kelly
Name (Last, First, MI)

507 W 28th St, #26D   New York   NY   10001
Address   City   State   Zip Code

212-581-3223   Macnificent2016@gmail.com
Telephone Number   E-mail Address

07/05/23   *K* (signature)
Date   Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Case 1:23-cv-05890-LGS-JW     Document 1     Filed 07/07/23     Page 12 of 12