UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
KELLY MACNEAL,

                                         Plaintiff,        No. 23-CV-05890-LGS

     -against-                                                 **NOTICE OF MOTION TO DISMISS**

NEW YORK CITY COMMISSION ON HUMAN
RIGHTS, SAPNA RAJ, and JACQUELINE RIOS,

                                         Defendants.
------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that upon Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and the Declaration of Bianca C. Isaias In Support of Defendants' Motion to Dismiss and the exhibits annexed thereto, Defendants New York City Commission on Human Rights, Sapna Raj and Jacqueline Rios, by their attorney, Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, will move this Court, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a time to be determined, for an order dismissing Plaintiff's Complaint (ECF No. 1) in its entirety and granting such other and further relief as the Court deems just and proper.

Dated:       January 22, 2024
                New York, New York

Pursuant to the Court's Individual Rule III.C.2, Defendants must submit a pre-motion letter before filing any motion to dismiss.  So Ordered.

The Clerk of Court is respectfully directed to strike the filings at Dkts. 18, 19 and 20.

Dated: January 23, 2024
      New York, New York

                                               Hon. Sylvia O. Hinds-Radix
                                               *Corporation Counsel of the City of New York*
                                               Attorney for Defendants

                                               By: _____
                                                    Bianca C. Isaias
                                                    Assistant Corporation Counsel
                                                    100 Church Street, 20th Floor
                                                    New York, NY 10007
                                                    (212) 356-4050
                                                    bisaias@law.nyc.gov

                                      _____
                                      LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**