UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLY MACNEAL,
                           Plaintiff,

              -against-                         23 Civ. 5890 (LGS)

NEW YORK CITY COMMISSION ON HUMAN      ORDER
RIGHTS, et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic conference was held on February 14, 2024. For the reasons discussed at the conference, it is hereby

      **ORDERED** that pro se Plaintiff shall file an Amended Complaint by **March 15, 2024**. In the Amended Complaint, Plaintiff shall replace the New York City Commission on Human Rights with the City of New York as a defendant. To the extent possible, the revisions shall include actual or approximate dates and focus on the events that form the basis for her race and disability discrimination claims and any Fair Housing Act claim she would like to add. The Amended Complaint shall remove any claims based on criminal law (conspiracy to tamper with a witness, kidnapping, 18 U.S.C. § 242 and malicious prosecution) but may keep the false imprisonment claim. Plaintiff shall attach to her Amended Complaint copies of (1) the email that prompted the Commission's call reporting her as a suicide threat and (2) any formal decision by the Commission declining to pursue her claim against her landlord. It is further

      **ORDERED** that, by **April 5, 2024**, Defendants shall file any motion to dismiss, with a memorandum of law not to exceed 25 pages. The requirement for a pre-motion letter is waived. By **April 26, 2024**, pro se Plaintiff shall file any opposition, not to exceed 25 pages. By **May 9, 2024**, Defendants shall file a reply, not to exceed 10 pages. The parties shall comply with the

Court's Individual Rules for Civil Cases in filing these papers.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: February 15, 2024
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**