**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLY MACNEAL,

                Plaintiff,　　　　　　　　**ORDER**

    -against-　　　　　　　　　　　　　　**23-CV-5890 (LGS) (JW)**

STATE OF NEW YORK et al.,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court scheduled an initial case management conference for February 25, 2025. Dkt. No. 38. Because the parties already have a case management plan, Dkt. No. 25-26, the Court adjourns the initial case management conference *sine die*.

      SO ORDERED.

DATED:　　New York, New York
　　　　　　February 21, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JENNIFER E. WILLIS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge