**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLY MACNEAL,

                Plaintiff,

   -against-                                     23 **CIVIL** 5890 (LGS)

                                                  **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2025, Defendants' motion to dismiss is DENIED as to Plaintiff's racial discrimination claims under 42 U.S.C. § 1983 and the NYCHRL regarding CCHR's failure to file a complaint for Plaintiff alleging that her landlord discriminated against her on account of her subsidized tenant status. Defendants' motion to dismiss is otherwise GRANTED.

**Dated:** New York, New York

       February 28, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                            **BY:**
                                                        **Deputy Clerk**