**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLY MACNEAL,

                          Plaintiff,                              **ORDER**

          -against-                              **23-CV-5890 (LGS) (JW)**

CITY OF NEW YORK et al.,

                          Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

          Following the order on Defendants' motion to dismiss, Dkt. No. 41, the Court

resumes discovery. The parties are directed to jointly provide a revised case

management plan by March 21, 2025.

          SO ORDERED.

DATED:     New York, New York
           March 7, 2025

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge