UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :
KELLY MACNEAL,                                  :
                                       Plaintiff,   :
                                                             :       23 Civ. 5890 (LGS)
                  -against-                          :
                                                             :            **ORDER**
CITY OF NEW YORK, et al.,               :
                                     Defendants.   :
                                                             :
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on March 13, 2025, Plaintiff filed a proposed order to show cause under seal.

        WHEREAS, this filing is construed to be a motion to reconsider and a motion to consolidate the current case with its related case, No. 24 Civ. 6017.  It is hereby

        **ORDERED** that by **March 28, 2025**, Defendant shall file a response.

Dated: March 17, 2025
        New York, New York

                                                                            **LORNA G. SCHOFIELD**
                                                        **UNITED STATES DISTRICT JUDGE**