*March 2021*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
:
Kelly MacNeal                                   :         CIVIL ACTION NO.: 23-cv-5890
:
:
                                   Plaintiff,  :
:
against                               :
:
:
The City of New York                     :
:
:
                                   Defendant. :
X
---------------------------------------------------------

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/~~Defendant~~ (circle one)
   Following the Court's decision in Defendant's motion to dismiss, the sole remaining claim is
   the City Commission on Human Right's alleged refusal to bring a complaint on behalf of
   plaintiff on account of her subsidized tenant status due to alleged racial discrimination.
   Plaintiff has filed a motion for reconsideration on the Court's decision to dismiss the other claims
   in her amended complaint. The Court has ordered defendant to file opposition by March 28, 2025.
   _____

2. **I understand my obligation to and am preserving relevant information.**

Plaintiff/~~Defendant~~ (circle one)

3. **Proposed Schedule**

All discovery should be completed by  December 19, 2025

   a.  <u>Depositions</u>:  Depositions shall be completed by  December 5, 2025
                                                Parties cannot agree on number of depositions.
   b.  Neither party may take more than _____ depositions.  Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

  c.  Initial Requests for Documents must be made by <u>August 22, 20</u>25

  d.  Responses to Requests for Documents must be made by <u>October 3, 2025</u>.

  e.  Documents from third-parties (such as doctors) will/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

    <u>Defendant's position is that third party documents will not be required.</u>
    <u>Plaintiff's position is that she is not sure yet whether third party documents will</u>
    <u>be required and from how many third parties documents would be required.</u>
    _____

  f.  Subpoenas requesting Documents from third-parties must be served by <u>August 22, 2025</u>. Documents obtained from third-parties must be provided to all parties in this matter.

  g.  There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify
    <u>Defendant's position is that expert testimony will not be required.</u>
    <u>Plaintiff's position is that she is not yet certain whether she will have an expert</u>
    <u>witness.</u>

4. **Early Settlement or Resolution**

The parties (have)/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than <u>N/A</u>. The following information is needed before settlement can be discussed:
<u>Defendant currently has a no-settlement position on this case. Plaintiff currently has a motion for</u>
<u>reconsideration pending before the Court.</u>
_____

5. **Other Matters**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
<u>N/A</u>
_____
_____
_____

2

3

Respectfully submitted this _____ day of March, 2025.

_____
Name

_____
Address

_____
Phone number

_____
Email

_____
Party representing (if applicable)