UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

KELLY MACNEAL,

                                       Plaintiff,         NOTICE OF APPEARANCE

-against-

                                                          23 Civ. 5890 (LGS) (JW)

CITY OF NEW YORK, et al.,

                                       Defendants.

----------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, NY
                 August 1, 2025

                                              MURIEL GOODE-TRUFANT
                                              Corporation Counsel of the City of
                                                 New York
                                             *Attorney for Defendant City of New York*
                                             100 Church Street,
                                             New York, New York 10007
                                             P: (212) 356-2670

                                      By:    *John McLaughlin /s/*
                                                 John McLaughlin, Esq.
                                                 *Assistant Corporation Counsel*

Cc:      **VIA ECF**
            All counsel of record.