August 4, 2025

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

ORDER TO SHOW CAUSE
REQUEST FOR
IDENTITIES OF JOHN DOE AND
JANE DOE EMT DEFENDANTS
AND STAY OF DISCOVERY
DEADLINES

Re: Kelly MacNeal v. City of New York,
    23-CV-05890 (LGS)

Your Honor,

I am the pro se plaintiff in the above referenced case. The case was filed July 7, 2023. An Amended Complaint was filed timely on March 15, 2024 (ECF No.29).

On July 10, 2025, Your Honor's ORDER (EFC No 58) restored Plaintiff's previously dismissed claims of ADA violation associated with actions taken against her by City employees on May 6, 2022. The ORDER instructed the City defendants to update the Court on the identities of John Doe "police officers" by August 1, 2025.

The City has timely supplied the names of six officers involved in the incident, but have refused to supply the identities of the John Doe and Jane Doe FDNY EMT's at the scene due to Your Honor's specific use of the words "police officers" in her Order. The involvement of these parties in the incident, including their "assessment," make them inextricably liable for Plaintiff's treatment, not least of which is their particular medical training and an expectation of their special knowledge of handling people with existing injuries or disabilities.

Wherefore, Plaintiff respectfully requests Your Honor to compel the City to identify and supply service addresses for the female and the male FDNY EMT's, of whom the Plaintiff has already supplied the City with descriptions, and to add these persons as Defendants in Plaintiff's Amended Complaint.

Plaintiff also joins with the City's letter (EFC No 60) in requesting that all pending discovery deadlines be stayed to allow for all newly identified defendants to be served.

Lastly, Plaintiff has continually requested the bodycam footage from the officers involved and is now asking for a court order to compel its production.

Respectfully Submitted,

Kelly MacNeal

507 W 28th St  
Apt 26D  
New York, NY 10001  
212-581-3223  
*Pro se Plaintiff*

Cc:   **VIA ECF**

   Joseph Zangrilli
   New York City Law Department
   100 Church Street
   New York, NY 10007
   (212) 356-2657
   jzangril@law.nyc.gov
   *Attorney for Codefendant City of New York  -  Senior Counsel*

   Jack McLaughlin
   New York City Law Department
   100 Church Street
   New York, NY 10007
   (212) 356-2670
   jmclaugh@law.nyc.gov
   *Attorney for Codefendant City of New York - Assistant Corporation Counsel*