UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KELLY MACNEAL,

                            Plaintiff,                    **ORDER OF SERVICE**

            -against-                        **23-CV-5890 (LGS) (JW)**

CITY OF NEW YORK et al.,

                            Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service because she has been granted permission to proceed IFP.

To allow Plaintiff to effect service on Defendants Sergeant Bryan Hanson and Officers Nickolas Alavanja, Dylan Darnaud, Brendan McGovern, Nick Mickovic, and Connor Coghlan, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. Defendants Hanson, Alavanja, Darnaud, and McGovern may be served at the NYPD 10th precinct and Defendants Mickovic and Coghlan may be served at 1 Police Plaza.

The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

SO ORDERED.

DATED:    New York, New York
               October 2, 2025

                                                                JENNIFER E. WILLIS
                                                                United States Magistrate Judge