

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

September 29, 2025

**BY ECF**
Honorable Jennifer Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Kelly MacNeal v. City of New York, et al.,
                  23 Civ. 5890 (LGS)(JW)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above referenced matter. Plaintiff Kelly MacNeal and Defendant City of New York hereby submit this joint status update pursuant to this Court's Order dated August 13, 2025. (ECF No. 62).

      The City has complied with the Court's directive to produce body worn camera footage from the officers involved in the May 6, 2022 incident. Said footage has been delivered to Plaintiff on September 29, 2025, in accordance with the Court's deadline.

      As detailed in the City's Status Report dated August 1, 2025 (ECF No. 60), the City identified the following individual officers as participants in the May 6, 2022 incident: Sergeant Bryan Hanson and Officers Nickolas Alavanja, Dylan Darnaud, and Brendan McGovern, who may be served at the NYPD 10th Precinct; and Officers Nick Mickovic and Connor Coghlan, who are retired and may be served at 1 Police Plaza.

      Upon information and belief, the Court has not yet issued summonses for these individual officer defendants, nor has it transmitted waiver of service requests to the New York Police Department pursuant to the Memorandum of Understanding between the NYPD and this Court. Accordingly, these individual defendants have not been served with process. As Plaintiff is proceeding *in forma pauperis*, she respectfully requests the Court issue summons and aid in obtaining waivers from, or facilitating service upon, the individual defendants.

Consistent with this Court's Order dated August 13, 2025 (ECF No. 62), granting the parties' joint request to stay discovery pending service of individual officer defendants, the parties respectfully submit that the discovery stay should remain in effect until such defendants are served and have an opportunity to respond to the Amended Complaint. Upon completion of service and determination of representation, the parties will submit a comprehensive discovery schedule incorporating all defendants.

The parties thank the Court for its time and consideration of this request.

Respectfully Submitted,

*John McLaughlin /s/*

John McLaughlin
Attorney for Defendant City
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:  **VIA ECF AND E-MAIL**
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001
(212) 581-3223
Email: macnificent2016@gmail.com
*Plaintiff Pro Se*

> The joint request for a stay of discovery is **GRANTED.**
>
> SO ORDERED.
>
> _____
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> October 2, 2025