UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY MACNEAL,

                           Plaintiff,

                -against-

CITY OF NEW YORK et al.,

                         Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-CV-5890 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion dated November 19, 2025. Dkt. No. 67. In her letter, Plaintiff requests (1) leave to file a second amended Complaint; (2) reconsideration of the Court's previous order denying Plaintiff's motion to compel the identities and service addresses of EMT workers; and (3) permission to file body-worn camera images under seal. Defendants did not file a response letter. The requests are **GRANTED IN PART, DENIED IN PART.**

Plaintiff is granted leave to file a brief to amend the Complaint. Plaintiff's brief is due **January 20, 2026.** Defendant's opposition, if any, is due **February 10, 2026,** and Plaintiff's reply is due **February 24, 2026.** Plaintiff is permitted to attach an exhibit with body-worn camera footage images under seal to her motion to amend the Complaint.

Plaintiff's request to again reconsider the Court's decision to deny her motion to compel EMT workers' identities and service address is denied. If Plaintiff's motion to file a second amended complaint is granted, Plaintiff may make a new request to compel identification and service addresses for EMT workers.

SO ORDERED.

DATED:   New York, New York
         December 8, 2025

                                                            *Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                  United States Magistrate Judge