**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kelly MacNeal | 23cv5890 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New York City Commission on Human Rights et al | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sergeant Bryan
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
New York City Police Department - 10th Precinct 230 W 20th St, New York, NY 10011

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

*[FILED DEC 08 2025 S.D. OF N.Y.]*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 10/6/2025

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk: KRISTEN HUTCHINSON (Digitally signed by KRISTEN HUTCHINSON Date: 2025.10.09 12:30:33 -04'00')
Date: 10/9/2025

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
SGT O'CONNOR Sh# 3654

Date: 11/28/25  Time: 0910  ☒ am  ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Summons & complaint mailed to defendant on 10/9/2025.

Form USM-285
Rev. 03/21