**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLY MACNEAL,

                    Plaintiff,                                **ORDER**

               -against-                             **23-CV-5890 (LGS) (JW)**

NEW YORK CITY COMMISSION ON
HUMAN RIGHTS *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court received a voicemail from Plaintiff on December 8, 2025. Plaintiff has already been forewarned by this Court in related case 23-CV-5890 that she is not permitted to call the Court without counsel for Defendant present. Dkt. No. 100. The Court reminds Plaintiff that the appropriate manner to correspond with the Court is by filing a letter on the docket. Should either Party require immediate Court intervention, they must contact this Court's chambers in a joint call with all Parties to ensure no *ex parte* conversations are held.

      Plaintiff is prohibited from making any future calls to the Court without Defendants' counsel present. Disregard of the Court's Order may result in sanctions to Plaintiff.

      SO ORDERED.

DATED:    New York, New York
               December 10, 2025

                                                         */s/ Jennifer E. Willis*
                                                         JENNIFER E. WILLIS
                                                          United States Magistrate Judge