| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| **PLAINTIFF**<br>Kelly MacNeal | **COURT CASE NUMBER**<br>23cv5890 |
| **DEFENDANT**<br>New York City Commission on Human Rights et al | **TYPE OF PROCESS**<br>Summons and Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Officer Nick Mickovic
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): New York City Police Department - 10th Precinct 230 W 20th St, New York, NY 10011

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER
DATE: 10/6/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 054 | No. 054 | KRISTEN HUTCHINSON (Digitally signed 2025.10.09 12:26:17 -04'00') | 10/9/2025 |

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Date: 12/8/25   Time: 11:36 [✓] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Summons & complaint mailed to defendant on 10/9/2025. 1st endeavor — Deputy Morton & Deputy Connor attempted to serve at 10th precinct they were told by Sgt. O'Connor that this needs to go to 1 PP. (11/28/25 @ 9:10 AM)

To Be Served @ 1PP

2nd endeavor — Served at 1 PP on 12/8/25.

Form USM-285
Rev. 03/21