

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**L<small>AW</small> D<small>EPARTMENT</small>**
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

December 16, 2025

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: Kelly MacNeal v. New York City Commission on Human Rights, et al.,
       23 Civ. 5890 (LGS)(JW)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York, Sergeant Bryan Hanson, and Officer Connor Coghlan in the above referenced matter. I write to respectfully request a brief stay of Sergeant Hanson's and Officer Coghlan's deadlines to answer or otherwise respond to the operative pleading until 21 days after either (i) Plaintiff files her Second Amended Complaint, if permitted to by the Court; or, (ii) Plaintiff's anticipated motion for leave to file a Second Amended Complaint is denied. Defendant City further requests, as an interested party, that the same relief be extended to the other newly served individual defendants. Plaintiff consents to these requests.

  Although the undersigned currently appears only for the City, Sergeant Hanson, and Officer Coghlan, the City's obligations under N.Y. General Municipal Law § 50-k may require this Office to defend the remaining individual defendants upon their request and upon a determination by Corporation Counsel that the statutory conditions are satisfied. *See* N.Y. Gen. Mun. Law § 50-k(2). This Office has not yet had the opportunity to resolve whether it will represent Officers Nickolas Alavanja, Dylan Darnaud, Brendan McGovern, and Nick Mickovic pursuant to N.Y. Gen. Mun. Law § 50-k, and this request is not made on their behalf. However, because the City may be required to undertake their defense, Defendant City is an interested party in the scheduling of these deadlines and, given the time involved in determining representation and in the interest of judicial economy, respectfully requests that the Court extend the same stay to their deadlines as well.

**Procedural Background**

By Order dated December 8, 2025, the Court granted in part Plaintiff's November 19, 2025 letter motion and set a briefing schedule for Plaintiff's motion for leave to file a Second Amended Complaint. (ECF Dkt. 68.) Plaintiff's opening brief is due January 20, 2026, Defendants' opposition, if any, is due February 10, 2026, and Plaintiff's reply is due February 24, 2026, at which point briefing on the motion will be complete. The Court's resolution of that motion will determine what pleading is operative going forward and which defendants and claims remain in the case.

The U.S. Marshals Service has now filed Process Receipts reflecting that Sergeant Hanson and Officers Alavanja, Darnaud, and McGovern were served at the NYPD 10th Precinct on November 28, 2025, with a response deadline of December 19, 2025. The ECF Docket also reflects Officers Coghlan and Mickovic were served on December 8, 2025, with a response deadline of December 29, 2025.

**In the Alternative, Motion to Correct Deadlines Reflected on the Docket**

Should the Court be disinclined to grant a stay at this time as to those individual defendants not yet represented by this Office, Defendants move in the alternative to correct the docket as to their deadlines. Defendants note respectfully for the Court that the Marshals' Process Receipts indicate that the summonses for Sergeant Hanson and Officers Alavanja, Darnaud, and McGovern were delivered on November 28, 2025 at their place of business—the NYPD 10th Precinct—to a supervising officer, Sgt. O'Conner, Shield #3654. Service on Officers Coghlan and Mickovic was effected at 1 Police Plaza. In all cases, therefore, service appears to have been effected pursuant to N.Y. C.P.L.R. 308(2), as incorporated by Federal Rule of Civil Procedure 4(e)(1), which permits service by delivery of process to a person of suitable age and discretion at a defendant's actual place of business followed by mailing, with service deemed complete ten days after proof of service is filed. Under Fed. R. Civ. P. 12(a)(1)(A)(i), a response would be due 21 days thereafter. Here, the proofs of service were filed on December 8, 2025 as to the first set of officers, so service under C.P.L.R. 308(2) would be complete on December 18, 2025, and the officers' responses would be due on January 8, 2026. The current December 19, 2025 response deadline reflected on the docket appears to be based on a miscalculation of 21 days from the date of delivery at the 10th Precinct, rather than from the date service was complete under C.P.L.R. 308(2). For the same reasons, Officer Mickovic, whose proof of service was filed on December 11, 2025, would have his response due January 11, 2026.

**Conclusion**

In light of the pending motion for leave to amend and the resulting uncertainty as to the operative complaint, Defendants respectfully submit that it would be inefficient—and potentially moot—to require these newly served officers to answer or otherwise respond to the current Amended Complaint while the Court is deciding whether, and in what form, Plaintiff may further amend. Therefore, Defendants request, with Plaintiff's consent, a brief stay of the newly served individual defendants' deadlines to answer or otherwise respond to the operative pleading until 21 days after either (i) Plaintiff files her Second Amended Complaint, if permitted to by the

Court; or, (ii) Plaintiff's anticipated motion for leave to file a Second Amended Complaint is denied.

Defendants thank the Court for its time and consideration of this request.

Respectfully Submitted,

*/s/ John McLaughlin*

John McLaughlin
Attorney for Defendants City,
　Hanson, and Coghlan
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc: **VIA ECF**
　　Kelly MacNeal
　　507 W 28th Street
　　Apt. 26D
　　New York, NY 10001
　　(212) 581-3223
　　Email: macnificent2016@gmail.com
　　*Plaintiff Pro Se*

iii