UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KELLY MACNEAL,

                              Plaintiff,                              **ORDER**

              -against-                                  **23-CV-5890 (LGS) (JW)**

NEW YORK CITY COMMISSION ON
HUMAN RIGHTS *et al.*,

                             Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court has been informed that *pro se* Plaintiff MacNeal has made a series of disrespectful phone calls to staff in the court-based *pro se* intake office. There is no right to counsel for *pro se* plaintiffs. The *pro se* intake unit is a privilege that exists to assist *pro se* plaintiffs. The Court's expectation is that *pro se* plaintiffs will treat clerks in the *pro se* intake unit with respect and courtesy. While the Court was not a party to any conversations between Plaintiff MacNeal and the *pro se* intake unit staff, the Court cautions Plaintiff MacNeal that if in the future the Court learns of disrespectful, harassing, or abusive communication with the clerks, Plaintiff's access to the resources provided by the *pro se* intake unit may be eliminated.

      The *pro se* intake unit staff are to keep a record of communications between the employees and Plaintiff MacNeal and inform the Court of any future discourteous communications.

SO ORDERED.

DATED:   New York, New York
         December 29, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge