UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
KELLY MACNEAL,

                                Plaintiff,          No.23-CV-05890-LGS-JW

      -against-

                                                    NOTICE OF MOTION

THE CITY OF NEW YORK, et al.,

                            Defendants.
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated January 20, 2026, Plaintiff Kelly MacNeal will move before the Honorable Jennifer E. Willis, United States Magistrate Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Rules 15(a)(2) of the Federal Rules of Civil Procedure granting leave to amend plaintiff's Amended Complaint against The City of New York, et al, based on new evidence, together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served by February 10, 2026; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by February 24, 2026.

Dated: New York, New York                                 Respectfully Submitted,
       January 20, 2026

                                                               Kelly MacNeal
                                                                507 W 28th St, Apt 26D
                                                                New York, NY 10001
                                                               212-581-3223
Cc:  **VIA ECF**                                               *Pro se Plaintiff*

John McLaughlin
Attorney for Defendant City
*Assistant Corporation Counsel*
 New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Bianca C. Isaias
New York City Law Department
100 Church Street, 20th Floor
New York, NY 10007
212) 356-4050
*bisaias@law.nyc.gov*
*Attorney for Defendant City of New York - Assistant Corporation Counsel*