UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KELLY MACNEAL,
                              Plaintiff,               No.23-CV-05890-LGS-JW

       -against-                                AFFIDAVIT
                                                     OF KELLY MACNEAL IN
                                                     SUPPORT OF MOTION TO
THE CITY OF NEW YORK, et al.,          AMEND COMPLAINT BASED
                              Defendants.          ON NEW EVIDENCE
-----------------------------------------------------------------x

Kelly MacNeal, being duly sworn, deposes and says:

1. I am the pro se Plaintiff in Case No. 23-cv-05890. I make this affidavit based on personal knowledge.

2. On September 29, 2025, I received body-worn camera (BWC) footage from Defendant City of New York, pursuant to a Court order compelling it's delivery. This was after the City failed to produce the footage through FOIL or any other requests. The BWC is evidence I have sought in relation to the events complained of in this case and indeed support the facts alleged in both my Amended Complaint and my proposed Second Amended Complaint.

3. I have been disabled and living in chronic pain since sustaining injuries in a fall and was disabled at the time of the incidents recounted in my complaints.

4. My injuries include a traumatic brain injury; back and neck injuries, which have caused radiculopathy, and a chronic wedge fracture in my thoracic spine, which has lead to the development of lumbar scoliosis.

5. The BWC footage, still-frames of which are attached ad (Exhibit A – under seal) shows:

  a. NYPD officers ripping my walking cane from my hand and violently handcuffing me while I posed no apparent threat. (Ex A, pg 2-6);

b. Me crying in pain and repeatedly stating, "I am disabled!" "You,are hurting me" and "I have an injured arm and back.";

c. NYPD and FDNY EMTs physically forcing me into an unstable transport chair while my left hand begins to swell and turn red from the handcuffs cutting off my circulation. (Ex A, pg 7);

d. Me repeatedly putting the NYPD and FDNY-EMT on notice of my disabilities and clearly and desperately stating that they are causing me EXTREME pain related to those existing injuries. Which they completely ignored;

e. The FDNY_EMT's then taking turns leaning me backward in order to drag me along in the flimsy and unsupportive conveyance they had strapped me into. This caused my full bodyweight to press on my handcuffed wrists, resulting in the metal cuffs digging into both my injured wrist and my injured back. (Ex. A, pg 8-9)  I continually begs all of them to stop and sobbed in excruciating pain;

f. On numerous occasions, during this long journey, I was made to scream in agony as my back spasmed and the pain became acutely unbearable. The FDNNY-EMTs ignored all of my desperate pleas, even when I was screaming in agony "MY BROKEN BACK!!!! I HAVE  TWO FRACTURES IN MY BACK!!!";

g. Once at the ambulance, it became apparent that the FDNY-EMT had their standard stretcher available for use the entire time, but chose not to use it. This choice was not deviated from, even as an accommodation for my injuries, when I made it clear how much pain their other conveyance was causing me. Use of the stretcher would have completely prevented the agony that was inflicted on me. The EMT's had an option to transport me safely and appropriately and callously chose not to. There were numerous stops along the

    way where they had every opportunity to leave me in the custody of the other officers and send at least one of the 3 EMT's to collect the stretcher.  Yet, they chose to subject me to intentional and unnecessary abuse, which caused harm, excruciating pain and severe emotional trauma due to the inhumane treatment.  (Ex A, pg10);

h.  When being transferred to the stretcher, my wrist pain again caused me to scream in agony as Officer Coghlan hyper-rotated my injured arm to an unnatural degree while cuffing me to the stretcher. (Ex. A pg 11-12);

i.  When Officer Coghlan finally agreed to loosen the cuff on my injured left wrist, the BWC reveals the deep indentations and red marks on my wrist, (Ex.A, pg 13-15)

j.  I was completely unaware of Officer Coghlan's actions inside the ambulance until viewing the BWC footage, which shows him searching my tote bag behind my back, removing my wallet, and photographing my ID and Benefit cards.  This was done without my knowledge or consent. (Ex. A, pg 16-18).  Prior to seeing the BWC footage, I had no ability to understand what had taken place or my right to add the corresponding claim concerning Coghlan's to my Amended Complaint.

6. I was emotionally paralyzed for over one month after viewing the BWC footage.  Every scream in the video gave me a sensory flashback to the agony I was in.  My traumatic brain injury caused cognitive shutdown; I could not eat, sleep, or draft these papers without the assistance of artificial intelligence.  I began crying on a daily basis, every time a memory returned, and I had to process the horror that "civilized people" can show such contempt for another human being in such obvious sever physical pain.  It truly felt like I was being intentional tortured while those inflicting the pain mocked me.

7. My traumatic response is not born of this sole incident, but the cumulative abuse from the prior episodes I recounted in my related case before this Court (case No 24-cv-6017).

8. Since, breaking my back and becoming disabled, I have been repeatedly physically assaulted by officers and EMTs and taken for one unnecessary psychological evaluation after another. The common instigating factor has been that, each time I was abused this way, it was the direct result of my challenge to a government facility for failing to abide my disability rights or, in this case, enforce my disability rights and offer legal protection from my landlord. Instead of checking their own failures these bureaucrats dispose of my complaints by demanding I be dragged off and "evaluated." This procedure has become a despicable weapon to intimidate anyone challenging a government agency or official.

9. Trauma from the physical and psychological abuse of the incident, paired with my TBI seems to have caused partial suppression of my ability to recall every detail of the incident until I watched the video. Now, I can't stop remembering it all and having nightmares. The City's refusal to produce the video through earlier FOIL requests, prevented me from properly asserting all the facts and detail that should have been alleged in my prior Amended Complaint. This was due to both my traumatic memory suppression and ignorance of actions out of my line of sight or ear shot.

10. For the reasons set forth here and in the Memorandum of Law, I believe I have just cause to respectfully request leave to file the proposed Second Amended Complaint.

11. All facts in the Motion are true AND the proposed SAC (Exhibit B) is submitted in good faith.

Respectfully Submitted,

Dated: New York, New York
January 20, 2026

Kelly MacNeal
507 W 28th St, Apt 26D ,
New York, NY 10001
212-581-3223
*Pro se Plaintiff*

Cc: **VIA ECF**

John McLaughlin
Attorney for Defendant
City *Assistant Corporation Counsel*
New York City Law Department
100 Church Street New York, NY 10007
(212) 356-2670 jmclaugh@law.nyc.gov

Bianca C. Isaias
New York City Law Department
100 Church Street, 20th Floor
New York, NY 10007
(212) 356-4050
*bisaias@law.nyc.gov*
*Attorney for Defendant City of New York –*
*Assistant Corporation Counsel*