

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** | **LAW DEPARTMENT** | **JOHN MCLAUGHLIN** |
| *Corporation Counsel* | 100 Church Street | Phone: (212) 356-2670 |
| | NEW YORK, NY 10007 | Fax: (212) 356-3509 |
| | | jmclaugh@law.nyc.gov |
| | | *Assistant Corporation Counsel* |

> The request is GRANTED.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> February 9, 2026

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:     Kelly MacNeal v. The City of New York, et al.,
                  23 Civ. 5890 (LGS)(JW)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Sergeant Bryan Hanson, Officer Nickolas Alavanja, Officer Dylan Darnaud, Officer Brendan McGovern, and Officer Connor Coghlan in the above-referenced matter. Defendants write to respectfully request a 14-day extension of time to oppose Plaintiff's motion for leave to amend her pleading and file a Second Amended Complaint. (ECF Nos. 79–81). Plaintiff consents to this request.

        The current deadlines are February 10, 2026 for Defendants' opposition, and February 24, 2026 for Plaintiff's reply. (ECF No. 68). Defendants request that the opposition deadline be extended from February 10, 2026 to February 24, 2026, and that Plaintiff's deadline to reply be extended correspondingly from February 24, 2026 to March 10, 2026. This is Defendants' first request for an extension of these deadlines. Good cause exists because Plaintiff's motion raises a number of collateral issues that Defendants must address in any opposition, and undersigned counsel has overlapping briefing schedules in other matters during the current period.

The defendants thank the Court for its time and consideration of this matter.

Respectfully Submitted,

*John McLaughlin* /s/

John McLaughlin
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:  **VIA ECF**
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001
Email: Macnificent2016@gmail.com
*Plaintiff Pro Se*