UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

KELLY MACNEAL,

                            Plaintiff,

                 -against-

NEW YORK CITY COMMISSION ON HUMAN RIGHTS, SAPNA RAJ, JACQUELINE RIOS, THE CITY OF NEW YORK, SERGEANT BRYAN HANSON, OFFICER NICKOLAS ALAVANJA, OFFICER DYLAN DARNAUD, OFFICER BRENDAN MCGOVERN, OFFICER NICK MICKOVIC, and OFFICER CONNOR COGHLAN,

                            Defendants.

------------------------------------------------------------------------------- x

**DECLARATION OF JOHN MCLAUGHLIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

23 Civ. 5890 (LGS)(JW)

      **JOHN MCLAUGHLIN**, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York, Sergeant Bryan Hanson, Officer Nickolas Alavanja, Officer Dylan Darnaud, Officer Brendan McGovern, Officer Nick Mickovic, and Officer Connor Coghlan in this matter. As such, I am familiar with the facts and circumstances of this action. I make this declaration to place the relevant documents on the record in opposition to Plaintiffs' motion for leave to file a Second Amended Complaint.

      2. Attached hereto as "Exhibit A" is a true and correct copy of Officer Coghlan's BWC footage from the May 6, 2022 incident at issue in this case, stills from which were filed by Plaintiff under seal as Exhibit A to her Motion for Leave to File a Second

Amended Complaint (ECF No. 79-1), titled "DEF000001 - Axon_Body_3_Video_2022-05-06_1515 - COGHLAN" produced by Defendant in this action as Bates number DEF000001.

Dated: New York, New York
February 24, 2026

        **STEVEN BANKS**
        Corporation Counsel of the City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        (212) 356-2670

By: /s/   *John McLaughlin*
        John McLaughlin
        *Assistant Corporation Counsel*

To: **VIA ECF**
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001
Email: Macnificent2016@gmail.com
*Plaintiff Pro Se*

23 Civ. 5890 (LGS)(JW)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| KELLY MACNEAL,<br><br>            Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY COMMISSION ON HUMAN RIGHTS, SAPNA RAJ, JACQUELINE RIOS, THE CITY OF NEW YORK, SERGEANT BRYAN HANSON, OFFICER NICKOLAS ALAVANJA, OFFICER DYLAN DARNAUD, OFFICER BRENDAN MCGOVERN, OFFICER NICK MICKOVIC, and OFFICER CONNOR COGHLAN,<br><br>            Defendants. |
| **DECLARATION OF JOHN MCLAUGHLIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| **STEVEN BANKS**<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants the City of New York, Hanson, Alavanja, Darnaud, McGovern, and Coghlan*<br>100 Church Street<br>New York, New York 10007<br><br>Of Counsel: John McLaughlin<br>Tel:  (212) 356-2670 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ..........................................., 2026*<br><br>*.....................................................................Esq.*<br><br>*Attorney for ..............................................................* |