UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

KELLY MACNEAL,

                              Plaintiff,

                -against-

NEW YORK CITY COMMISSION ON HUMAN RIGHTS, SAPNA RAJ, JACQUELINE RIOS, THE CITY OF NEW YORK, SERGEANT BRYAN HANSON, OFFICER NICKOLAS ALAVANJA, OFFICER DYLAN DARNAUD, OFFICER BRENDAN MCGOVERN, OFFICER NICK MICKOVIC, and OFFICER CONNOR COGHLAN,

                              Defendants.

------------------------------------------------------------------------------- x

**NOTICE OF MANUAL FILING OF "EXHIBIT A" (BODY-WORN CAMERA FOOTAGE) TO DECLARATION OF JOHN MCLAUGHLIN**

23 Civ. 5890 (LGS)(JW)


## EXHIBIT A

**(Filed Under Seal)**

Body-Worn Camera Footage of Officer Connor Coghlan

May 6, 2022 Incident

"DEF000001 – Axon_Body_3_Video_2022-05-06_1515 – COGHLAN.mp4"

---

      This exhibit consists of video footage that exceeds the Court's ECF file-size limitations and cannot be electronically filed through the CM/ECF system. The footage is being transmitted to Chambers and to Plaintiff via secure file-sharing link.

      Defendants and Plaintiff jointly request that this exhibit be maintained under seal. The footage depicts the involuntary psychiatric transport of a private individual inside her residence and an ambulance, and contains images of her personal identification documents, government benefit cards, and medical information. Plaintiff filed her own BWC still-frame extracts under seal (ECF No. 79-1), and the same privacy interests warrant reciprocal treatment of the complete footage. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006); *see also* S.D.N.Y. Local Civ. R. 6.1.

      Respectfully Submitted,

      */s/ John McLaughlin*

      John McLaughlin
      Attorney for Defendants the City of
        New York, Hanson, Alavanja,
        Darnaud, McGovern, and
        Coghlan
      *Assistant Corporation Counsel*
      New York City Law Department
      100 Church Street
      New York, NY 10007
      (212) 356-2670
      jmclaugh@law.nyc.gov

Cc:   **VIA ECF**
     Kelly MacNeal
     507 W 28th Street
     Apt. 26D
     New York, NY 10001
     Email: Macnificent2016@gmail.com
     *Plaintiff Pro Se*