March 6, 2026

**BY ECF**

Honorable Jennifer E. Willis
United States District Judge — Request for Extension
Southern District of New York — of Time to File Reply to
500 Pearl Street — Opposition to Motion
New York, NY 10007

      Re: Kelly MacNeal v. City of New York, et al.,
          23-cv-05890 (LGS)

Your Honor Willis,

    I am the pro se plaintiff in the above referenced case. The case was filed July 7, 2023. An Amended Complaint was filed timely on March 15, 2024 (ECF No.29).

On January 20, 2026 Plaintiff filed a Motion requesting leave to file a Second Amended Complaint based on new evidence (ECF No. 79 – 81). On February 9, 2026 the Court granted the City Defendant's request for an extension of time to Oppose to Plaintiff's motion (ECF No. 83).

On Friday February 27, 2026, Plaintiff ended up back in the Emergency Room with another sprained ankle and injured hand. Several X-rays later she was released to return home, but has been in so much additional pain with her ankle, hand and ongoing back and head pain, that she had to miss her physical therapy session this week and has been unable to sit at her computer and finish her reply brief.

Plaintiff is very sorry, but must, once again ask the court for an extension of time to file her reply, which is currently due on March 10, 2026. Plaintiff respectfully begs for at least two additional weeks. The City Defendants consent to this request.

                                              Respectfully Submitted,

                                              Kelly MacNeal
                                              507 W 28th St
                                              Apt 26D
                                              New York, NY 10001
                                              212-581-3223

Cc: **VIA ECF**                                               *Pro se Plaintiff*

John McLaughlin
Attorney for Defendant City
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007

(212) 356-2670
jmclaugh@law.nyc.gov

Bianca C. Isaias
New York City Law Department
100 Church Street, 20th Floor
New York, NY 10007
(212) 356-4050
*bisaias@law.nyc.gov*
*Attorney for Defendant City of New York - Assistant Corporation Counsel*

2