UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KELLY MACNEAL,

                               Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

23 Civ. 5890 (LGS) (JW)

**PLEASE TAKE NOTICE** that Doris F. Bernhardt, Assistant Corporation Counsel, should be listed as a counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for the City of New York and the New York City Commission on Human Rights. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:     New York, NY
            March 9, 2026

                            STEVEN BANKS
                            Corporation Counsel of the City of
                               New York
                            *Attorney for Defendant City of New York*
                            100 Church Street,
                            New York, New York 10007
                            P: (212) 356-2296

                       By:   Doris F. Bernhardt/*s*/
                             Doris F. Bernhardt , Esq.
                             *Assistant Corporation Counsel*

Cc:    **VIA ECF**
         All counsel of record.