**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KELLY MACNEAL,

                    Plaintiff,

          -against-

CITY OF NEW YORK et al.,

                  Defendants.
------------------------------------------------------------------X

**ORDER**

**23-CV-5890 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a link to a video exhibit sent via email by Defendants. Dkt. No. 84-1. However, the Court directs Defendants to send a USB drive with the video exhibit on it to the Court, addressed to Judge Willis. The USB drive should contain only the video exhibit and must not require the download of any proprietary software in order to view the video. The exhibit should be sent to the Court by **June 22, 2026**.

SO ORDERED.

DATED:    New York, New York
           June 15, 2026

                               *Jennifer E. Willis*
                               JENNIFER E. WILLIS
                             United States Magistrate Judge