UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

KELLY MACNEAL,

|                                        |                    |                          |
| -------------------------------------- | ------------------ | ------------------------ |
|                                        | Plaintiff,         | **NOTICE OF APPEARANCE** |
| -against-                              |                    |                          |
| CITY OF NEW YORK, et al.,              |                    | 23 Civ. 5890 (LGS)(JW)   |
|                                        | Defendants.        |                          |

------------------------------------------------------------------------------x

**PLEASE   TAKE   NOTICE**   that   **CAROLINE   DICOSTANZO**,   Assistant

Corporation Counsel, hereby appears as counsel of record on behalf of Steven Banks, Corporation

Counsel of the City of New York, attorney for the Defendants City of New York, Bryan Hanson,

Nickolas Alavanja, Dylan Darnaud, Brendan McGovern, and Connor Coghlan.

Dated: New York, New York
 June 22, 2026

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Bryan
 Hanson, Nickolas Alavanja, Dylan Darnaud,
 Brendan McGovern, and Connor Coghlan*
100 Church Street
New York, New York 10007
Tel: (212) 356-2662
cdicosta@law.nyc.gov

By:      */s/ Caroline DiCostanzo*
         Caroline DiCostanzo
         *Assistant Corporation Counsel*
         Special Federal Litigation Division

cc:   **VIA ECF**
      All counsel of record