

STEVEN BANKS
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CAROLINE DICOSTANZO
*Assistant Corporation Counsel*
Tel.: (212) 356-2662
cdicosta@law.nyc.gov

June 22, 2026

**VIA ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 228
New York, New York 10007

> Re:    Kelly MacNeal v. The City of New York, et al.,
>         23 Civ. 5890 (LGS)(JW)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York ("Office"), and the attorney representing defendants the City of New York, Bryan Hanson, Nickolas Alavanja, Dylan Darnaud, Brendan McGovern, and Connor Coghlan in the above-referenced matter. Defendants respectfully write in response to the Court's June 15, 2026 Order.

      In accordance with the Court's June 15, 2026 Order, Defendants write to provide the Court of the virus-scanning device containing Defendants' Exhibit "A" accompanying their Motion in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint. The USB Drive can be accessed by inputting the password Macneal1.

      This Office thanks the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Caroline DiCostanzo*
Caroline DiCostanzo
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
      Kelly MacNeal
      *Plaintiff Pro Se*