UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x

KELLY MACNEAL,

Plaintiff,

-against-

NEW YORK CITY COMMISSION ON HUMAN RIGHTS, ET AL.,

Defendants.

----------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

23 Civ. 5890 (LGS) (JW)

**PLEASE TAKE NOTICE** that **ZACHARY KALMBACH**, Senior Counsel, hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Bryan Hanson, Nickolas Alavanja, Dylan Darnaud, Brendan McGovern, and Connor Coghlan.[1]

Dated: September 15, 2026
New York, New York

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Hanson, Alavanja, Darnaud, McGovern, and Coghlan*
100 Church Street, Rm. 3-196
New York, New York 10007
Tel: (212) 356-2322
zkalmbac@law.nyc.gov

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

[1] This case has been assigned to Assistant Corporation Counsel Jessica Farella, who is awaiting admission to the New York State Bar. Ms. Farella is handling this matter under my supervision and may be reached at (212) 356-3521 or jarella@law.nyc.gov.

cc: **Via ECF**
Kelly MacNeal
*Plaintiff* pro se