This request is **GRANTED.**

Defendants' deadline to respond to the Second Amended Complaint is now **October 27, 2026**.

**SO ORDERED.**

JENNIFER E. WILLIS
United States Magistrate Judge
October 21, 2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

October

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Kelly MacNeal v. The City of New York, et al.,
23 Civ. 5890 (LGS) (JW)

Your Honors:

I represent the defendants in the above-referenced matter.[1] Defendants write to respectfully request a brief, seven-day extension of time to respond to the Second Amended Complaint, from October 20, 2026, to October 27, 2026. Plaintiff consents to this request. This is Defendants' first such request.

By way of background, on December 29, 2025, the Court, *inter alia*, directed Defendants to file their Answer within twenty-one days of the filing of the Second Amended Complaint (ECF No. 76–77). Plaintiff filed the Second Amended Complaint on September 28, 2026, which was entered on the docket on September 30, 2026 (ECF No. 99). As such, Defendants understand their deadline to respond to the Complaint to be October 20, 2026.

Defendants seek this extension because Ms. Isaias, the Assistant Corporation Counsel handling the CCHR claims in this matter, has been on leave and is not scheduled to return with sufficient time to respond to the Second Amended Complaint.

Accordingly, in order to provide time for Ms. Isaias to return and prepare a response to the CCHR claims, Defendants respectfully request that the Court grant Defendants a brief, seven-day extension of time to respond to the Second Amended Complaint, from October 20, 2026, to October 27, 2026.

[1] This case has been assigned to Assistant Corporation Counsel Jessica Farella, who is awaiting admission to the New York State Bar. Ms. Farella is handling this matter under my supervision and may be reached at (212) 356-2660 or jafella@law.nyc.gov.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc: **Via ECF**
All counsel of record