**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KELLY MACNEAL,

Plaintiff,

-against-

CITY OF NEW YORK et al.,

Defendants.

---------------------------------------------------------------X

**CASE MANAGEMENT ORDER**

**23-CV-5890 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Defendants answered the Amended Complaint on October 27, 2026. Dkt. No. 102. Discovery has been stayed since October of 2025. Dkt. No. 66. Accordingly, the Court orders Parties to submit letters to the Court by **November 20, 2026** regarding their proposed next steps for discovery. The letters should provide the Court with a brief overview on what still needs to be done for discovery and include a proposed schedule for each outstanding item. The Court will consider these submissions, order a discovery schedule, and lift the stay.

SO ORDERED.

DATED: New York, New York
October 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge