UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

KELLY MACNEAL,

Plaintiff,

-against-

NEW YORK CITY COMMISSION ON HUMAN RIGHTS, et al.,

Defendant.

--------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

23 Civ. 5890 (LGS)(JW)

**PLEASE TAKE NOTICE** that **HANNAH V. FADDIS**, hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants City of New York, Bryan Hanson, Nickolas Alavanja, Dylan Darnaud, Brendan McGovern, Nick Mickovic, and Connor Coghlan.[1]

[1] This case has been assigned to Assistant Corporation Counsel Jessica Farella, who is awaiting admission to the New York Bar. Ms. Farella is handling this matter under my supervision and may be reached at (212) 356-3521 or jfarella@law.nyc.gov.

Dated: October 29, 2026
New York, New York

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Bryan Hanson, Nickolas Alvanja, Dylan Darnaud, Brendan McGovern, Nick Mickovic, and Connor Coghlan*
100 Church Street
New York, New York 10007
(212) 356-2486
hfaddis@law.nyc.gov

Respectfully submitted,

/s/ *Hannah Faddis*
Hannah V. Faddis
*Special Federal Litigation Division*

cc: **Via ECF**
All counsel of record