**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
phone: (212) 356-2486
fax: (212) 356-1148
hfaddis@law.nyc.gov

November 20, 2026

**VIA ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: MacNeal v. New York City Commission on Human Rights, et al.,
23 Civ. 5890 (LGS) (JW)

Your Honor:

As counsel for Defendants in the above referenced matter, we write pursuant to the Court's October 30, 2026 Order to advise on the status and proposed next steps for discovery in this case.[1] Defendants respectfully request that the Court endorse the below proposed discovery schedule.

By way of background, Plaintiff brings claims against Defendants for, *inter alia*, excessive force, unlawful search, and racial discrimination under 42 U.S.C. § 1983. Discovery has been stayed since August 13, 2025, pending service of the individual officer defendants and to afford them an opportunity to respond. (ECF Nos. 62, 66). Service of the individual officer defendants was complete as of December 8, 2025. (ECF Nos. 60–72, 75). On October 27, 2026, Defendants filed their Answer to the Second Amended Complaint. (ECF No. 102).

To date, Defendants have provided Plaintiff with body-worn camera footage from the officers involved in the May 6, 2022 incident. (ECF No. 64). As for outstanding discovery, Defendants still need to depose Plaintiff, serve initial disclosures, and serve document requests and interrogatories. Accordingly, Defendants respectfully request that the Court endorse the following proposed discovery schedule:

---

[1] This case has been assigned to Assistant Corporation Counsel Jessica Farella, who is not yet admitted to the New York State Bar. Ms. Farella is handling this matter under my supervision and may be reached at (212) 356-3521 or jfarella@law.nyc.gov.

- Initial Disclosures (FRCP 26(a)(1)) and Document Requests (FRCP 34) and Interrogatories (FRCP 33) shall be served within two weeks of the Court's endorsement of a discovery schedule.

- Responses to document requests and interrogatories shall be served by the deadlines set forth in the Federal Rules of Civil Procedure, except that responses to requests for documents pertaining to CCHR shall be served by January 31, 2027.

- Depositions shall be completed by February 28, 2027.

- Fact discovery shall be completed by March 31, 2027.

- The parties shall file a joint status report after the close of discovery, by a date to be set by the Court, certifying the close of discovery, identifying whether any expert discovery is to be conducted, and addressing a schedule for dispositive motions.

Thank you for your time and consideration.

Respectfully submitted,

/s/ ______________________

Hannah V. Faddis
*Special Federal Litigation Division*

cc: **VIA ECF**
All Counsel of Record

Kelly MacNeal
*Plaintiff Pro Se*